UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

MARIO HERNANDEZ GOMEZ and MARINA VELASQUEZ, individually and on behalf of others similarly situated,

                *Plaintiff*,

-against-

4 RUNNERS, INC. (d/b/a ISTANBUL GRILL) and EROL DONER

                *Defendants.*

------------------------------------------------------------------X

Index No.
14-cv-08998-JPO-KNF

JUDGMENT

## **JUDGMENT**

On November 12, 2014, this action was commenced by Plaintiffs Mario Hernandez Gomez and Mariana Velasquez filing of the complaint and this Court's issuance of the summons. On February 2, 2017 the clerk of Court issues a certificate of default as to defendants 4 Runners Inc. (d/b/a Istanbul Grill) and Erol Doner.

NOW, on motion of Plaintiff Mariana Velasquez, by her attorneys Michael Faillace and Associates, PC, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That the Plaintiff, MARIANA VELASQUEZ, has judgment jointly and severally against the defendants 4 RUNNERS, INC. (d/b/a ISTANBUL GRILL) and EROL DONER, in the amount of $194,563.48, including compensatory damages and permissible liquidated damages; plus prejudgment interest of $148,433.28, which was calculated at the rate of 9% from October 14, 2011 until entry of judgment.

**That the Plaintiff MARIANA VELASQUEZ is additionally awarded** attorneys' fees in the amount of $8,695.00, and costs in the amount of $855.00.

That if any amounts remain unpaid upon the expiration of ninety days following issuance of judgment, or ninety days after expiration of the time to appeal and no appeal is then pending, whichever is later, the total amount of judgment shall automatically increase by fifteen percent, as required by NYLL § 198(4)

SO ORDERED:

_____
J. PAUL OETKEN
United States District Judge

Dated: April 3, 2019