UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARIO HERNANDEZ GOMEZ et. al,
                Plaintiff,

-v-

4 RUNNERS, INC. et. al,
                Defendant.

14-CV-8998 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    Certain defendants defaulted in this case, and an inquest on damages was conducted by Magistrate Judge Fox. (Dkt. No 69.) The remaining defendants had been dismissed for failure to serve. (Dkt. No. 51.) This Court adopted the recommendation of Judge Fox and awarded no damages to either plaintiff. (Dkt. Nos. 73, 74.)

    On appeal, the Court of Appeals affirmed this Court's judgment as to Plaintiff Hernandez Gomez ,but vacated the judgment as to Plaintiff Velasquez. (Dkt. No. 77.) On remand, this Court awarded damages and attorney's fees to Plaintiff Velasquez and entered final judgment. (Dkt. No. 85.)

    Because all claims have now been resolved, the Clerk of Court is directed to close this case.

    SO ORDERED.

Dated: September 28, 2022
       New York, New York

                                                    J. PAUL OETKEN
                                               United States District Judge